# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY L. APPLEGATE and MARTHA L. APPLEGATE, | )<br>)<br>) |
| Plaintiffs, | )   4:06CV3183 |
| vs. | )   ORDER |
| MERCK & CO., INC., | ) |
| Defendant. | ) |

This matter is before the court on the defendant's motion to stay all proceedings (Filing No. 6). The defendant seeks a stay of proceedings pending a transfer decision by the judicial panel on multidistrict litigation to the case captioned **In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.,** (MDL-1657, E.D. La.). The defendant represents the plaintiffs have no objection to the extension. Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion to stay (Filing No. 6) is granted as set forth below.

2. All proceedings in this matter are stayed. The parties shall file a status report **on October 1, 2006**, unless the case is transferred to the Multi-District Litigation Docket.

DATED this 17th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge